ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:     (702) 634-5000
Facsimile:     (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com

*Attorneys for Defendant*
*ReconTrust Co., N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA AKOPIAN,<br><br>Plaintiff,<br><br>v.<br><br>IQBAL NIGAM, a Nevada resident; BAY CAPITAL CORPORATION, a Maryland Corporation; THE BANK OF NEW YORK MELLON fka the Bank of New York as Trustee for the Certificateholders CWABS, Inc., Asset-Back Certificates, Series 2006-10; RECONTRUST COMPANY, N.A.; a Nevada corporation; MORTGAGE ELECTRONIC REGISTRATION SERVICES, INC., a Delaware Corporation, and DOES I-10, inclusive,<br><br>Defendants. | Case No.: 2:10-cv-02006-RLH-RJJ<br><br>**STIPULATION AND ORDER FOR REMAND** |

Plaintiff Veronica Akopian ("Plaintiff"), by and through her counsel Jeffrey A. Cogan, Esq., and Defendant ReconTrust Co., N.A.[1] ("ReconTrust"), by and through its counsel Ariel E. Stern, Esq., hereby stipulate and agree as follows:

  1.     Plaintiff and ReconTrust agree that this case should be remanded from federal court to state court; and

  2.     Plaintiff and ReconTrust have fully and finally resolved Plaintiff's request for request

---

[1] The Defendant was improperly identified as a Nevada corporation in the Plaintiff's caption. The Defendant is a national banking association with its headquarters in the state of California.

{LV019506;1}                                               1

*(sidebar)* AKERMAN SENTERFITT LLP — 400 SOUTH FOURTH STREET, SUITE 450 — LAS VEGAS, NEVADA 89101 — TEL.: (702) 634-5000 – FAX: (702) 380-8572

1  for attorney's fees made in Plaintiff's Motion to Remand (*See* Doc #9).  Plaintiff's request for

2  attorney's fees is therefore withdrawn.

3  DATED this 9th day of February, 2011.         DATED this 9th day of February, 2011.

4  **AKERMAN SENTERFITT LLP**                    **LAW OFFICE OF JEFFREY A. COGAN**

5

6   /s/ Steven G. Shevorski                       /s/ Jeffrey A. Cogan
   ARIEL E. STERN, ESQ.                          JEFFREY A. COGAN, ESQ.
7  Nevada Bar No. 8276                           Nevada Bar No. 4569
   STEVEN G. SHEVORSKI, ESQ.                     6900 Westcliff Drive, Suite 511
8  Nevada Bar No. 8256                           Las Vegas, Nevada  89145
9  400 South Fourth Street, Suite 450
   Las Vegas, Nevada 89101                       *Attorney for Plaintiff*
10                                                *Veronika Akopian*

   *Attorneys for Defendant*
11 *ReconTrust Co., N.A.*

12

13                        **ORDER**

14      UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby

15 ORDERED that this case is remanded to the Eighth Judicial District Court and that Plaintiff's

16 request for attorney's fees made in Plaintiff's Motion to Remand is withdrawn.

17      DATED this  10th day of February, 2011.

18 _____
   UNITED STATES DISTRICT        `JUDGE
19

20